Nick I, Iezza, SBN 128570
Kenneth H. Moss, SBN 138432
SPIWAK & IEZZA, LLP
555 Marin Street, Suite 140
Thousand Oaks, CA  91360
805-777-1175 Telephone
805-777-1168 Facsimile

Our file no. 767.0002

Attorney for Plaintiff
John Levin

FILED & ENTERED

SEP 17 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY espino    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ANNELI B. FREER,<br><br>Social Security Number xxx-xx-4010,<br><br>　　　　Debtor.<br>_____<br><br>JOHN LEVIN,<br><br>　　　　Plaintiff<br>vs.<br><br>ANNELI B. FREER; and DOES 1-10, inclusive,<br><br>　　　　Defendants.<br>_____ | **CASE NO.  1:09-bk-20023-MT**<br><br>**Adv. No.    1:09-ap-01466-MT**<br><br>Chapter 7<br>(Trustee: Diane Weil)<br><br><br>**RE: STIPULATION RE: SETTLEMENT AND FOR ENTRY OF JUDGMENT** |

　　　The Stipulation re: Settlement and For Entry of Judgment, Court docket number 32, Order Approving Stipulation re: Settlement and For Entry of Judgment Determining Debt Non-Dischargeable Pursuant to 11 U.S.C. §523(a), Court docket number 33, and Judgment Determining Debt Non-Dischargeable Pursuant to 11 U.S.C. §523(a), Court docket number 34, after being reviewed and approved by the Court, **IT IS SO ORDERED** that:

//

1 | Plaintiff John Levin shall have a non-dischargeable judgment in its favor and
2 | against Defendant Anneli B. Freer in the principal amount of One Hundred Twenty-
3 | Five Thousand Dollars ($125,000.00) plus interest at the rate of ten percent (10%) per
4 | annum from August 3, 2010, pursuant to the provisions of 11 U.S.C. §523(a), and
5 | subject to the terms set forth in the Stipulation signed by Plaintiff and Defendant.
6 | ###

DATED: September 17, 2010

*[signature: Maureen A. Tighe]*

United States Bankruptcy Judge

2

**COURT SERVICE LIST**

Debtor:
Anneli B. Freer
33100 Mulholland Highway
Malibu, CA 90265

Debtor's Attorney:
Roger H. Licht, Esq.
Licht & Licht
9230 Olympic Blvd., Suite 202
Beverly Hills, CA 90212

Trustee:
Diane Weil
16000 Ventura Blvd., Suite 1000
Encino, CA 91436

United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Creditor's Attorney:
Nick I. Iezza, Esq.
Spiwak & Iezza, LLP
555 Marin Street, Suite 140
Thousand Oaks, CA 91360

# PROOF OF SERVICE OF DOCUMENT

I, the undersigned, declare:

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 555 Marin Street, Suite 140   Thousand Oaks, California 91360

A true and correct copy of the foregoing document described as **ORDER APPROVING STIPULATION RE: SETTLEMENT AND FOR ENTRY OF JUDGMENT DETERMINING DEBT NON-DISCHARGEABLE PURSUANT TO 11 USC, 523 (a)**

On August 25, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor:  
Anneli B. Freer  
33100 Mulholland Highway  
Malibu, CA 90265  

Debtor's Attorney:  
Roger H. Licht, Esq.  
9230 Olympic Blvd., Suite 202  
Beverly Hills, CA 90212  

Trustee:  
Diane Weil  
16000 Ventura Blvd., Suite 1000  
Encino, CA 91436  

United States Trustee (SV)  
21051 Warner Center Lane, Suite 115  
Woodland Hills, CA 91367  

Courtesy copy to:  
Hon. Maureen Tighe  
21041 Burbank Boulevard  
Woodland Hills, CA 91367  

I declare under penalty of perjury, under the laws of the Untied States of America, that the foregoing is true and correct.

DATED:  August 25, 2010

                                                   /S/  
                                    Carol A. Kubesh

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) ORDER RE: STIPULATION RE; SETTLEMENT AND FOR ENTRY OF JUDGMENT was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Nicolino I. Iezza on behalf of Creditor / Plaintiff John Levin
niezza@spiwakandiezza.com

United States Trustee (SV)
Ustpregion16.wh.ecf@usdoj.gov

Diane Weil (TR)
dcw@dcweillaw.com, dweil@ecf.epiqsystems,com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Roger H. Licht, Esq. on behalf of Debtor / Defendant Anneli Freer
Licht & Licht
9230 Olympic Blvd., Suite 202
Beverly Hills, CA 90212

Nick I. Iezza, Esq. on behalf of Creditor / Plaintiff John Levin
Spiwak & Iezza, LLP
555 Marin Street, Suite 140
Thousand Oaks, CA 91360

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Anneli B. Freer - 33100 Mulholland Highway   Malibu, CA 90265
Debtor's Attorney: Roger H. Licht - 9230 Olympic Blvd., #202   Beverly Hills, CA 90212
Trustee: Diane Weil - 16000 Ventura Blvd., Suite 1000   Encino, CA 91436
United States Trustee (SV) - 21051 Warner Center Lane, Suite 115   Woodland Hills, CA 91367

☐ Service information continued on attached page